UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEREK K. GREENWALD | : | NO.: |
| | : | |
| v. | : | |
| | : | |
| TOWN OF ROCKY HILL; | : | |
| CHIEF MICHAEL CUSTER, in his official | : | |
| and individual capacity; | : | |
| LIEUTENANT CATANIA, in his official and | : | |
| individual capacity; | : | |
| SERGEANT LEONARD A. KULAS, | : | |
| in his official and individual capacity; | : | |
| DETECTIVE ANDREW O'BRIAN | : | |
| in his official and individual capacity; | : | |
| DETECTIVE ROY BOMBACI, in his | : | |
| official and individual capacity; | : | |
| OFFICER JOSEPH PHELPS, in his | : | |
| official and individual capacity; | : | |
| OFFICER JON P. LAMMERS, | : | |
| in his official and individual capacity; | : | |
| OFFICER VANESSA J. BILOTTO, | : | |
| in her official and individual capacity; | | |
| OFFICER FRANK J. NEVICO, | : | |
| in his official and individual capacity | : | FEBRUARY 4, 2009 |

## NOTICE OF REMOVAL

To the United States District Court for the District of Connecticut:

Pursuant to 28 U.S.C. §§1441, 1443 and 1446, the defendants hereby give notice that they have removed this action from the Superior Court of Connecticut, Judicial District of Hartford at Hartford for the following reasons:

1.  Plaintiff has commenced an action against the defendants in the Judicial District of Hartford at Hartford, by service of a Summons and Complaint dated January 12, 2009. The plaintiff served a copy of the Summons and Complaint upon each defendant individually on or after January 12, 2009. Pursuant to 28 U.S.C. §1446(a), the defendants have attached said Summons and Complaint hereto.

2.  The above-described action is a civil action and is one which may be removed to the Court by the defendants pursuant to the provisions of Title 28, United States Code §§1441, 1331 and 1343(3), in that the Complaint alleges that the actions of the defendants subjected, or caused to be subjected, the plaintiff to an unlawful deprivation of rights served by the United States Constitution and Federal Statutes, pursuant to 42 U.S.C. §1983.

3.  The action is returnable in the Superior Court for the Judicial District of Hartford at Hartford on February 24, 2009.

      4.      Attached hereto, in compliance with 28 U.S.C. §1446(a), are complete and accurate copies of the process and pleadings received by the defendants to date.

      5.      The defendants deny all of plaintiffs' allegations.

      6.      Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. §§1331, 1343(3) and supplemental jurisdiction pursuant to 28 U.S.C. §1367. The action may be removed to this Court pursuant to 28 U.S.C. §§1441, 1443 and 1446.

WHEREFORE, the petitioners pray that the above action now pending in the Superior Court of Hartford at Hartford be removed therefrom to this Court.

        DEFENDANTS,
TOWN OF ROCKY HILL; CHIEF MICHAEL CUSTER, in his official and individual capacity; LIEUTENANT CATANIA, in his official and individual capacity; SERGEANT LEONARD A. KULAS, in his official and individual capacity; DETECTIVE ANDREW O'BRIEN, in his official and individual capacity; DETECTIVE ROY BOMBACI, in his official and individual capacity; OFFICER JOSEPH PHELPS, in his official and individual capacity; OFFICER JON P. LAMMERS, in his official and individual capacity; OFFICER VANESSA J. BILOTTO, in her official and individual capacity; OFFICER FRANK J. NEVICO, in his official and individual capacity

By /s/ Martha A. Shaw
   Martha A. Shaw
   ct12855
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: mshaw@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent to all counsel of record this 4th day of February, 2009.

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

By /s/ Martha A. Shaw
Martha A. Shaw