UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEREK K. GREENWALD | : | NO.: 3:09CV00211 (VLB) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF ROCKY HILL; ET AL: | : | MARCH 30, 2009 |

## MOTION FOR PERMISSION TO SERVE MORE THAN TWENTY-FIVE WRITTEN INTERROGATORIES

     The defendants, Town of Rocky Hill, Chief Michael Custer, Lt. Catania, Sgt. Leonard A. Kulas, Det. Andrew O'Brien, Det. Roy Bombaci, Ofc. Joseph Phelps, Ofc. Jon P. Lammers, Ofc. Vanessa J. Bilotto and Ofc. Frank J. Nevico, hereby move pursuant to Fed. R. Civ. P. 33(a), and in accordance with the parties Rule 26(f) Report, that they be granted permission to serve more than twenty-five (25) written interrogatories on the plaintiff.  The plaintiff has alleged numerous U.S. Constitutional and state common law violations.  Discovery, more extensive than that set forth in the federal rules, is required due to the breadth and complexity of the facts and constitutional violations raised by the plaintiff.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants respectfully request that they be granted permission to serve more than twenty-five (25) written interrogatories on the plaintiff.

DEFENDANTS,

TOWN OF ROCKY HILL; CHIEF MICHAEL CUSTER, in his official and individual capacity; LIEUTENANT CATANIA, in his official and individual capacity; SERGEANT LEONARD A. KULAS, in his official and individual capacity; DETECTIVE ANDREW O'BRIEN, in his official and individual capacity; DETECTIVE ROY BOMBACI, in his official and individual capacity; OFFICER JOSEPH PHELPS, in his official and individual capacity; OFFICER JON P. LAMMERS, in his official and individual capacity; OFFICER VANESSA J. BILOTTO, in her official and individual capacity; OFFICER FRANK J. NEVICO, in his official and individual capacity

By  /s/ Martha A. Shaw
   Martha A. Shaw
   ct12855
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: mshaw@hl-law.com

**CERTIFICATION**

     This is to certify that on **March 30, 2009**, a copy of the foregoing **Motion for Permission to Serve More than Twenty-Five Interrogatories** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

A. Paul Spinella, Esquire
Spinella & Associates
One Lewis Street
Hartford, CT 06103

        /s/ Martha A. Shaw_____
        Martha A. Shaw