UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DEREK K. GREENWALD | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:-09-cv-00211(VLB) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF ROCKY HILL, ET AL | : | APRIL 7, 2009 |
| *Defendants* | | |

## REPLY TO AFFIRMATIVE DEFENSES

## AFFIRMATIVE DEFENSES

### First Affirmative Defense to Count One

The Plaintiff denies each and every allegation contained in the Defendants' First Affirmative Defense to Count One.

### Second Affirmative Defense to Count One

The Plaintiff denies each and every allegation contained in the Defendants' Second Affirmative Defense to Count One.

### First Affirmative Defense to Count Two

The Plaintiff denies each and every allegation contained in the Defendants' First Affirmative Defense to Count Two.

### Second Affirmative Defense to Count Two

The Plaintiff denies each and every allegation contained in the Defendants' Second Affirmative Defense to Count Two.

**Third Affirmative Defense to Count Two**

The Plaintiff denies each and every allegation contained in the Defendants' Third Affirmative Defense to Count Two.

**Fourth Affirmative Defense to Count Two**

The Plaintiff denies each and every allegation contained in the Defendants' Fourth Affirmative Defense to Count One.

**First Affirmative Defense to Count Three**

The Plaintiff denies each and every allegation contained in the Defendants' First Affirmative Defense to Count Three.

**Second Affirmative Defense to Count Three**

The Plaintiff denies each and every allegation contained in the Defendants' Second Affirmative Defense to Count Three.

**Third Affirmative Defense to Count Three**

The Plaintiff denies each and every allegation contained in the Defendants' Third Affirmative Defense to Count Three..

**Fourth Affirmative Defense to Count Three**

The Plaintiff denies each and every allegation contained in the Defendants' Fourth Affirmative Defense to Count Three.

**First Affirmative Defense to Count Four**

The Plaintiff denies each and every allegation contained in the Defendants' First Affirmative Defense to Count Four.

**Second Affirmative Defense to Count Four**

The Plaintiff denies each and every allegation contained in the Defendants' Second Affirmative Defense to Count Four.

**Third Affirmative Defense to Count Four**

The Plaintiff denies each and every allegation contained in the Defendants' Third Affirmative Defense to Count Four.

**Fourth Affirmative Defense to Count Four**

The Plaintiff denies each and every allegation contained in the Defendants' Fourth Affirmative Defense to Count Four.

**First Affirmative Defense to Count Five**

The Plaintiff denies each and every allegation contained in the Defendants' First Affirmative Defense to Count Five.

**Second Affirmative Defense to Count Five**

The Plaintiff denies each and every allegation contained in the Defendants' Second Affirmative Defense to Count Five.

**Third Affirmative Defense to Count Five**

The Plaintiff denies each and every allegation contained in the Defendants' Third Affirmative Defense to Count Five.

**Fourth Affirmative Defense to Count Five**

The Plaintiff denies each and every allegation contained in the Defendants' Fourth Affirmative Defense to Count Five.

        **THE PLAINTIFF,**

        **BY:/s/ A. Paul Spinella**
           **A.. Paul Spinella**
           **Federal Bar # Ct00078**
           **Spinella & Associates**
           **One Lewis Street**
           **Hartford, CT 06103**
           **860-728-4900**
           **860-728-4909 (fax)**
           **email: attorney@spinella-law.com**

**CERTIFICATION**

This is to certify that on April 7, 2009,, a copy of the foregoing Reply to Affirmative Defenses was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ A. Paul Spinella
A. Paul Spinella, Esq., Federal Bar #: ct00078